# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH C. COLACICCO | : | CIVIL ACTION |
| v. | : | |
| APOTEX, INC., et al. | : | NO. 05-5500 |

## **ORDER**

AND NOW, this 10th day of December, 2009, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that Plaintiff's Motion To Sever Claims Against SmithKline Beecham d/b/a GlaxoSmithKline and Transfer Venue (Doc. No. 70) is DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL\05-5500 Colacicco v. Apotex\05-5500 Colacicco v. Apotex - Order re. Mot. Transfer and Sever.wpd